# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS, | Case No. CV 09-3146-GHK (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SCRIBNER, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus in this action is denied and dismissed with prejudice.

DATED: 11/19/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE